AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-02389-PKC-TAM**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Better Debt Solutions LLC**
was received by me on  **4/23/2026**:

☐ I personally served the **Summons In A Civil Action; Complaint For Damages And Injunctive Relief** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Marisol Guillen**, who is designated by law to accept service of process on behalf of **Better Debt Solutions LLC** at **19200 Von Karman Ave Ste 600, Irvine, CA 92612** on **04/24/2026 at 1:49 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  04/24/2026

_____
*Server's signature*

**Fedaa Almashal**
*Printed name and title*

**PO Box 4871
Anaheim, CA 92803**

_____
*Server's address*


RECEIVED
APR 27 2026
PRO SE OFFICE

Additional information regarding attempted service, etc:

**I delivered the documents, Summons In A Civil Action; Complaint For Damages And Injunctive Relief,  to Marisol Guillen who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired Hispanic female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**

REC'D IN PRO SE OFFICE
APR 27 '26 PM 3:58



Tracking #: 0220181841
