UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------X

EDWARD B. HUBUCH,
Plaintiff,

v.

BETTER DEBT SOLUTIONS, et al
Defendants.

--------------------------------------------------------X

1:26-CV-02389-PKC-TAM

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Opposing Counsel

__________________________________

__________________________________

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Mario Iskander will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of ISKANDER LAW and a member in good standing of the bar(s) of the State(s) of CALIFORNIA, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants, BETTER DEBT SOLUTIONS and MATT GHAFARINIA. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 4/29/2026

[signature]

Signature of Movant
Firm Name ISKANDER LAW
Address 1111 N. BRAND BLVD., STE. 308
GLENDALE, CA 91202
Email mario@iskanderlaw.com
Phone (240) 439-1970

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

EDWARD B. HUBBICH

Plaintiff(s),

v.

BETTER DEBT SOLUTIONS,

**Defendant(s).**

-----------------------------------------------------------

1:26-CV-02389 PKC-TAM

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, MARIO ISKANDER, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Iskander Law.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of CALIFORNIA.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: Cal. Bar #327025
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:26-CV-02389 for Defs., Better Debt Solutions, Matt Ghafarinia

Date 4/29/26

Glendale, CA

**NOTARIZED**

Signature of Movant

Firm Name ISKANDER LAW

Address 1111 N Brand Blvd. Ste. 308

Glendale CA 91202

Email mario@iskanderlaw.com

Phone (240) 439-1970

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 4/29/2026

**LICENSEE NAME:** Mario Ashraf Iskander

**LICENSEE BAR NUMBER:** 327025

**LICENSEE STATUS:** Active

**ADMIT DATE:** 10/29/2019

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Mario Ashraf Iskander's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

Carolina Almarante-Terrero

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

**PROOF OF SERVICE**

I am over the age of eighteen and have not appeared in this action. I am a resident of or employed in the county where the mailing occurred; my business address is: 1968 S. Coast Hwy, Ste. 4035, Laguna Beach, CA 982651

On April 29, 2026, I caused the foregoing document(s) described as: **Notice of Motion to Admit Counsel Pro Hac Vice; Affidavit In Support Of Motion to Admit Counsel Pro Hac Vice**

to be served on the following parties:

| | |
|---|---|
| EDWARD B. HUBBUCH<br>394 Lincoln Place #AS<br>Brooklyn, New York 11238<br>Email:<br>bhubbuch@gmail.com<br><br>Plaintiff, *pro se* | |

[    ] (By U.S. Mail) I placed copies of  the documents in sealed envelopes addressed as set forth above and deposited such envelopes in the mail at the United States Post Office  with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X ]     BY ELECTRONIC SERVICE:  By submitting an electronic version of the documents(s) to the above addresses at their published email addresses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 29, 2026.

/s/ Mike Meyer
Mike Meyer