UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

Plaintiff,

*v.*

BETTER DEBT SOLUTIONS LLC, its agents, affiliates, and marketers; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; BETTER TAX RELIEF LLC; BETTER COMPANIES LLC; MOHAMMAD GHAFARINIA a/k/a MATT GHAFARINIA a/k/a MATT NIA; and JOHN DOES 1-9,

Defendants.

Case No. 26-CV-2389-PKC-TAM

**AMENDED COMPLAINT**
**FOR DAMAGES & INJUNCTIVE RELIEF**

***(Federal Telephone Consumer Protection Act & Related State Law Claims)***

**[ TRIAL BY JURY DEMANDED ]**