# EXHIBIT D

# HISTORY OF FEDERAL COMPLAINTS AGAINST DEFENDANTS

| YEAR | DISTRICT COURT | CASE NO. | DEFENDANT | CAPTION | FILED | CLOSED | CODE |
|------|----------------|----------|-----------|---------|-------|--------|------|
| 2023 | Ohio Northern | 1:2023-CV-01955 | Range View Management LLC | Edwards v. Assent Mortgage LLC, et al | 2023-10-05 | 2024-03-26 | 480 |
| 2024 | North Carolina Middle | 1:2024-CV-00180 | Better Debt Solutions LLC | Stirewalt v. Range View Management LLC, et al | 2024-03-01 | 2024-06-14 | 485 |
| 2024 | California Central | 8:2024-CV-00908 | Range View Management LLC | DeGraw v. Range View Management LLC | 2024-04-26 | 2025-08-26 | 485 |
| 2024 | Texas Western | 3:2024-CV-00155 | LendVia LLC | Silva v. LendVia LLC | 2024-05-03 | 2025-03-27 | 485 |
| 2024 | Texas Northern | 4:2024-CV-00488 | Better Tax Relief LLC | Pinn v. Better Tax Relief LLC | 2024-05-27 | 2025-01-30 | 485 |
| 2024 | California Central | 8:2024-CV-01263 | Better Debt Solutions LLC | Collins, et al v. Better Debt Solutions LLC, et al | 2024-06-11 | 2025-09-04 | 485 |
| 2024 | Texas Western | 3:2024-CV-00215 | LendVia LLC | Herrera v. LendVia LLC | 2024-06-20 | 2025-02-18 | 485 |
| 2024 | California Central | 8:2024-CV-01438 | Better Debt Solutions LLC | Rapp v. Range View Management LLC, et al | 2024-06-28 | 2024-08-12 | 485 |
| 2024 | California Central | 8:2024-CV-01516 | Better Debt Solutions LLC | Janzen v. Better Debt Solutions LLC, et al | 2024-07-10 | 2024-07-29 | 485 |
| 2024 | Texas Southern | 4:2024-CV-02921 | LendVia LLC | Seely v. Lendvia LLC | 2024-08-06 | 2025-04-11 | 890 |
| 2024 | California Central | 8:2024-CV-02049 | Better Debt Solutions LLC | Golden v. Better Debt Solutions LLC | 2024-09-23 | 2024-10-01 | 480 |
| 2024 | California Central | 8:2024-CV-02050 | Better Debt Solutions LLC | Mata v. Better Debt Solutions LLC, et al | 2024-09-23 | 2024-11-07 | 485 |
| 2024 | California Central | 8:2024-CV-02048 | Better Debt Solutions LLC | Msts v. Better Debt Solutions LLC, et al | 2024-09-23 | 2024-10-01 | 485 |
| 2024 | Texas Western | 3:2024-CV-00416 | Better Debt Solutions LLC | Contreras, et al v. Guardian Litigation Group LLC, et al | 2024-11-15 | 2025-03-03 | 485 |
| 2025 | Maryland | 8:2025-CV-00214 | Range View Management LLC | Alston v. Carmax Business Services LLC, et al | 2025-01-23 | 2025-12-09 | 480 |
| 2025 | California Central | 8:2025-CV-00180 | Better Debt Solutions LLC | Lowry v. Better Debt Solutions LLC, et al | 2025-01-30 | 2025-05-07 | 485 |
| 2025 | Pennsylvania Eastern | 2:2025-CV-01018 | LendVia LLC | Newell v. LendVia LLC | 2025-02-26 | 2026-01-08 | 485 |
| 2025 | Georgia Northern | 1:2025-CV-01103 | Better Debt Solutions LLC | Austin v. Better Debt Solutions LLC | 2025-03-03 | **ACTIVE** | 485 |
| 2025 | Pennsylvania Eastern | 2:2025-CV-01402 | RiseUp Financial Group LLC | Newell v. RiseUp Financial Group LLC | 2025-03-17 | 2026-02-03 | 485 |
| 2025 | Michigan Eastern | 2:2025-CV-10839 | Better Debt Solutions LLC | Rutila v. Range View Management LLC, et al | 2025-03-25 | 2025-06-16 | 485 |
| 2025 | California Central | 8:2025-CV-00587 | Better Debt Solutions LLC | Mata v. Better Debt Solutions LLC, et al | 2025-03-25 | 2025-08-21 | 485 |
| 2025 | Illinois Northern | 1:2025-CV-03436 | Better Tax Relief LLC | Kutom v. Better Tax Relief LLC | 2025-03-31 | 2025-08-25 | 485 |
| 2025 | South Carolina | 6:2025-CV-02982 | LendVia LLC | Keller v. LendVia LLC | 2025-04-08 | **ACTIVE** | 485 |
| 2025 | Florida Middle | 8:2025-CV-01034 | LendVia LLC | Mizel v. LendVia LLC | 2025-04-23 | **ACTIVE** | 485 |
| 2025 | Georgia Middle | 4:2025-CV-00135 | LendVia LLC | Bulloch v. LendVia LLC | 2025-04-25 | 2025-10-08 | 360 |
| 2025 | California Central | 8:2025-CV-01043 | LendVia LLC | Laccinole v. LendVia LLC, et al | 2025-05-15 | 2026-03-09 | 480 |
| 2025 | Texas Northern | 4:2025-CV-00619 | Better Debt Solutions LLC | Tatum v. Better Debt Solutions LLC | 2025-06-13 | 2025-09-17 | 440 |
| 2025 | Texas Western | 3:2025-CV-00255 | RiseUp Financial Group LLC | Fasolino v. RiseUp Financial Group LLC, et al | 2025-07-10 | 2025-08-27 | 485 |
| 2025 | Texas Western | 3:2025-CV-00310 | Better Debt Solutions LLC | Thornton v. Alleviate Financial Services LLC, et al | 2025-08-12 | **ACTIVE** | 485 |
| 2025 | Texas Western | 3:2025-CV-00308 | Better Tax Relief LLC | Silva v. Better Tax Relief LLC | 2025-08-12 | **ACTIVE** | 485 |
| 2025 | Texas Western | 5:2025-CV-01095 | Better Rise Capital LLC | Kesterson v. Better Rise Capital LLC | 2025-09-02 | **ACTIVE** | 485 |

| 2025 | Washington Western | 3:2025-CV-05785 | Better Debt Solutions LLC | Aurandt v. Range View Management LLC, et al | 2025-09-04 | **ACTIVE** | 485 |
|---|---|---|---|---|---|---|---|
| 2025 | New York Southern | 1:2025-CV-07355 | RiseUp Financial Group LLC | Rogers v. RiseUp Financial Group LLC | 2025-09-04 | 2026-04-17 | 442 |
| 2025 | Florida Middle | 6:2025-CV-01857 | Better Rise Capital LLC | Wilsman v. Better Rise Capital LLC | 2025-09-25 | **ACTIVE** | 485 |
| 2025 | California Central | 2:2025-CV-02835 | Better Rise Capital LLC | Soto v. Better Rise Capital LLC | 2025-10-01 | 2026-03-19 | 485 |
| 2025 | District of Columbia | 1:2025-CV-03623 | Range View Management LLC | Alston v. Santander Consumer Group USA, et al | 2025-10-09 | 2026-02-27 | 480 |
| 2025 | California Central | 8:2025-CV-02504 | Better Tax Relief LLC | Bafford v. Better Tax Relief LLC | 2025-11-07 | **ACTIVE** | 485 |
| 2025 | Texas Eastern | 6:2025-CV-00453 | Better Tax Relief LLC | Bryant v. Better Tax Relief LLC | 2025-11-12 | 2026-01-16 | 485 |
| 2025 | Texas Western | 5:2025-CV-01558 | Better Rise Capital LLC | Pratt v. Better Rise Capital LLC | 2025-11-24 | 2025-12-25 | 485 |
| 2025 | California Central | 1:2025-CV-01698 | Better Tax Relief LLC | Fugere v. Better Tax Relief LLC | 2025-12-01 | 2026-04-02 | 485 |
| 2025 | Florida Middle | 6:2025-CV-02505 | Better Tax Relief LLC | Sherwood v. Better Tax Relief LLC, et al | 2025-12-30 | 2026-03-27 | 485 |
| 2026 | New Jersey | 2:2026-CV-00021 | RiseUp Financial Group LLC | Cozza v. RiseUp Financial Group LLC | 2026-01-02 | 2026-04-17 | 485 |
| 2026 | New Jersey | 1:2026-CV-02258 | Better Tax Relief LLC | McBride, et al v. Better Tax Relief LLC | 2026-03-04 | **ACTIVE** | 485 |