# EXHIBIT E

State of Minnesota
Dept. of Commerce

**OCT 0 3 2024**

Rec'd $ 7348.75

89165/MS

## STATE OF MINNESOTA
## DEPARTMENT OF COMMERCE

In the Matter of Better Debt Solutions LLC

**CONSENT ORDER**

TO:    Better Debt Solutions LLC
       2525 Main St #500
       Irvine, CA 92614

Commissioner of Commerce Grace Arnold (Commissioner) has determined as follows:

1.      The Commissioner has advised Better Debt Solutions LLC (Respondent) that she is prepared to commence formal action pursuant to Minn. Stat. § 45.027 (2024), and other applicable laws, based on the following allegations:

   A.  That Respondent is a debt settlement lead generator that engages Minnesota consumers.

   B.  That Respondent's advertisements and solicitations made statements that create the likelihood of consumer confusion or misunderstanding regarding its services in violation of Minn. Stat. § 332B. 11 subd. 1(1).

   C.  That Respondent's advertisements failed to provide the required verbatim disclosures in violation of Minn. Stat. 332B. 11 subd. 2 (b)(2) (2024).

2.      Respondent acknowledges that it has been advised of the right to a hearing in this matter, to present arguments to the Commissioner, and to appeal from any adverse determination after a hearing. Respondent hereby expressly waives those rights. Respondent further acknowledges that it has been represented by legal counsel throughout these proceedings.

3.      Respondent has agreed to an informal disposition of this matter without a hearing as provided under Minn. Stat. § 14.59 (2024) and Minn. R. 1400.5900 (2023).

4.      For purposes of Minn. Stat. § 16D.17 (2024), Respondent expressly waives the right to any notice or opportunity for a hearing on any civil penalty imposed by the Commissioner. Further, Minn.

1

Stat. § 16D.17 (2024) allows the Commissioner to file and enforce the civil penalty imposed by this Order as a judgment against Respondent in district court without further notice or additional proceedings.

5.      The civil penalty and/or any resulting judgment arising from this Order will be non-dischargeable in any bankruptcy proceeding. *See* 11 U.S.C. 523 (a)(7) ("A discharge under section 727, 1141, 1228(a), 1228(b) or 1328(b) of this title does not discharge an individual debtor from any debt... to the extent such debt is for a fine, penalty, or forfeiture payable to and for the benefit of a governmental unit, and is not compensation for actual pecuniary loss, other than a tax penalty...").

6.      The following Order is in the public interest.

**NOW, THEREFORE, IT IS HEREBY ORDERED**, pursuant to Minn. Stat. Ch. 45 (2024) that:

A. Respondent shall pay a civil penalty in the amount of $10,000 to the State of Minnesota. The Commissioner has stayed $3,000 of this penalty. Respondent must pay $7,000 at the time the Consent to Entry of Order is signed. The stayed portion of the civil penalty may be lifted if Respondent commits any violations of any law, rule, or order related to the duties and responsibilities entrusted to the Commissioner. If the Commissioner determines that Respondent has committed violations of any law, rule, or order over which the Commissioner has authority, the stay shall be lifted and the stayed portion of the penalty shall become effective in addition to any additional administrative action the Commissioner deems appropriate for any such violation(s). If the Commissioner seeks to lift the stay, Respondent may request a hearing to challenge the factual basis for lifting the stay, but may not challenge the amount of the stayed penalty. If the stay has not been lifted by September 24, 2027, the stayed portion of the civil penalty shall be vacated;

B. Respondent shall pay the investigation fee of $348.75; and

C. Respondent shall not violate Minn. Stat. Ch. 332B or any other laws, rules, or orders related to the duties and responsibilities entrusted to the Commissioner under Minnesota Statute.

This Order shall be effective upon signature by or on behalf of the Commissioner.

Date: October 8, 2024

GRACE ARNOLD
Commissioner

JACQUELINE OLSON
Assistant Commissioner of Enforcement
Minnesota Department of Commerce
85 Seventh Place East, Suite 280
St. Paul, MN 55101
(651) 539-1600

3

## CONSENT TO ENTRY OF ORDER

The undersigned, acting on behalf of Respondent states the undersigned has read this Consent Order; that the undersigned knows and fully understands its contents and effect; that the undersigned is authorized to execute this Consent Order on behalf of Respondent; that the undersigned has been advised of the right to a hearing in this matter, to present argument to the Commissioner, and to appeal from any adverse determination after a hearing and expressly waives those rights. The undersigned further acknowledges that Respondent has been represented by legal counsel throughout these proceedings.

The undersigned consents to entry of this Order by the Commissioner, while neither admitting nor denying the allegations set forth herein. It Is further understood that this Consent Order constitutes the entire settlement agreement between the parties, there being no other promises or agreements, either express or implied.

Better Debt Solutions LLC

Date: _10/1/2024_

By: _____
(Name) STEPHEN M. MORAN

Its: _GENERAL COUNSEL_
(Title)

STATE OF _California_

COUNTY OF _Orange_

Signed or attested before me on _10/1ST/2024_ (Date).

_____
(Signature of Notary)

(Notary stamp)

PHILIP ANDREW HORN
COMM. # 2423880
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Exp. Nov. 21, 2026

My Commission expires:

_Nov 21, 2026_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of _Orange_
Subscribed and sworn to (or affirmed) before me
on this _1ST_ day of _October_, 20 _24_,
by _Stephen M. Moran_,
proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

Signature: _____

4