# EXHIBIT F

      17   Try Premium for $0



## Matt Nia · 3rd

Co-Founder at Better Debt Solutions & Better Tax Relief #DebtRelief #TaxRelief

Better Debt Solutions

Newport Beach, California, United States · **Contact info**

**500+** connections

Message   + Follow   More

## About

With a solid foundation in Business Management and an illustrious career that spans more than twenty years in the realms of real estate and finance, Matt Nia stands as a prominent figure adept in navigating the complexities of property transactions. His expansive portfolio is marked by strategic engagements in high-end commercial investments and hands-on transformations of residential properties. Certified as a Real Estate Broker since 2008, Nia has har-…

## Activity

+ Follow

2,757 followers

**Matt Nia** commented on a post • 5mo

Congratulations!

**Matt Nia** commented on a post • 5mo

**Jeanette N.** Couldn't agree more!

**Matt Nia** commented on a post • 5mo

**Terry Kesner** Accurate. Some people clock out - Arash just keeps thinking about how to help his people win.