# EXHIBIT G

https://www.linkedin.com/posts/better-debt-solutions_bettercompanies-activity-7411592544700198912-aqeM?utm_source=share&utm_medium=member_desktop&rcm=ACoAAAiQVlMBDdvynxsa_ml1TztH-seTpbMtPpQ



https://www.linkedin.com/posts/better-debt-solutions_bettercompanies-activity-7411592544700198912-aqeM?utm_source=share&utm_medium=member_desktop&rcm=ACoAAAiQVlMBDdvynxsa_ml1TztH-seTpbMtPpQ



https://www.linkedin.com/posts/better-debt-solutions_bettercompanies-activity-7411592544700198912-aqeM?utm_source=share&utm_medium=member_desktop&rcm=ACoAAAiQVlMBDdvynxsa_ml1TztH-seTpbMtPpQ



https://www.linkedin.com/posts/better-debt-solutions_bettercompanies-activity-7411592544700198912-aqeM?utm_source=share&utm_medium=member_desktop&rcm=ACoAAAiQVlMBDdvynxsa_ml1TztH-seTpbMtPpQ



https://www.linkedin.com/posts/better-debt-solutions_bettercompanies-activity-7411592544700198912-aqeM?utm_source=share&utm_medium=member_desktop&rcm=ACoAAAiQVlMBDdvynxsa_ml1TztH-seTpbMtPpQ

