# EXHIBIT I

**From:** mario@iskanderlaw.com  📎 🚩

**Subject:** Hubbuch v Better Debt Solution

**Date:** May 7, 2026 at 1:32 PM

**To:** bhubbuch@gmail.com

**Cc:** nima@bettercompanies.com, daniel@bettercompanies.com

Mr. Hubbuch,

Per our discussion, attached is the Stipulation and [Proposed] Order extending the deadline for Defendants to respond to the Complaint through and including **May 29, 2026**. The Stipulation is drafted to also apply the May 29 deadline to the Amended Complaint, provided you file it on or before May 8, 2026, eliminating the need for a second extension once the Amended Complaint is on file.

Also as discussed, **I am authorized to accept service of the Amended Complaint** on behalf of Better Debt Solutions LLC, LendVia LLC, Range View Management LLC, Better Tax Relief LLC, Better Companies LLC, and Mohammad Ghafarinia. Once you file the Amended Complaint and email me the file-stamped copy, that will effectuate service on those defendants. The May 29 consolidated response deadline will then apply to all of them under the Stipulation.

If the Stipulation language is acceptable, please sign on the Plaintiff signature block (a scanned or e-signed PDF is fine), fill in your address and contact information, and return the executed copy. I will countersign and file it on ECF for so-ordering by Judge Chen, consistent with Section 1.G of Her Honor's Individual Practices.

Hubbuch_Stipul
ation_E...eadline