# EXHIBIT J

**BETTER**
COMPANIES LLC.

# We Help People Move Toward a *Better* Financial Life

Unexpected money pressures overwhelm households. When financial stress feels overwhelming, you don't have to face it alone.

Better Companies provides clarity, relief, control, expert guidance, and compassionate support.

## Our Promise to You: Peace of Mind with Better Companies

We built Better Companies around a simple belief: When people are treated with honesty and care, good things happen. Our work is guided by 4 commitments:

### Clear Communication

We explain your situation in terms that makes sense and outline your options without pressure.

### Human Connection

You will always speak with someone who understands what you are going through.

### Steady Support

We walk with you through each step until a solution is reached.

### Meaningful Results

Everything we do is aimed at improving your long-term financial health and quality of life.

## We're Here for You

Life can bring unexpected financial challenges. Debt grows faster than expected. Taxes fall behind. Credit becomes difficult to manage. Bills pile up. These moments can leave people feeling overwhelmed and unsure

of where to turn.

Better Companies exists to bring clarity, relief, and a sense of control back to individuals and families who need it most.

Our mission is to deliver real value when people are facing financial stress and to guide them toward peace of mind through expert support and compassionate service.

Our team works every day with one purpose in mind: We want every person who contacts us to feel heard, respected, and confident that they have found someone who can help.



## One Family of Brands. One Commitment.

Across our companies, we share a single purpose: delivering better solutions through smarter systems, stronger technology, and exceptional customer experience.



### Better Debt Solutions

Support for individuals who are overwhelmed by debt and want a structured, responsible pathway out.



### Better Tax Relief

Guidance for those who are dealing with tax complications and need experienced help navigating their options.



### Better Rise Capital

Financial products and lending support designed to help people move ahead with clarity and confidence.



**Rise Up**

Educational programs that focus on financial literacy, resilience, and long-term personal well-being.

**Lendvia**

Support around consumer lending with an emphasis on clarity, honesty, and better outcomes.

THESE BRANDS WORK TOGETHER UNDER ONE MISSION:

To help people face financial challenges with dignity and to offer solutions that genuinely make life better.



**MISSION**

To improve lives at scale by delivering trusted, effective solutions across our family of businesses, producing measurable outcomes for clients and lasting value for stakeholders.

**VISION**

To become the most trusted and impactful family of businesses in our industries by earning trust at scale, operating with humanism and integrity, and converting innovation into meaningful results.

**VALUES**

Our culture is centered on humanism. Everything we do focuses on creating better lives for the people we serve and the teammates who advance our mission each day.

**BETTER**  Integrity and transparency in every promise and result

**BETTER**  Accountability and learning in every process and role

**BETTER**  Value and respect in every client and teammate interaction

## Why Better Companies Is Different

Many organizations offer financial help. What makes Better Companies unique is the way we treat people and the systems we build behind the scenes to serve them well.

We listen before we act.

We care about individual stories, not just numbers.

We believe that every client deserves respect and transparency.

We create improvement systems that strengthen every part of the consumer experience.

Our internal strategies, quality systems, and culture of service all support one purpose: To make sure every person who reaches out to us feels understood and receives the best possible path forward.

## What to Expect When You Reach Out

When someone contacts one of our Better Companies brands, we approach the conversation with patience and empathy. We want to understand your goals, your concerns, and what you are hoping to change in your life.

From there, we work to create a clear path forward. Our team outlines your best available options, answers your questions, and helps you choose a solution that fits your situation. The entire process is built to reduce stress and replace confusion with confidence.

Our goal is not only to solve the problem in front of you. It is to help you build a stronger, calmer, and more stable future.

## A Better Future Begins with a Simple Conversation

You do not need to navigate your financial challenges alone.

The first step often begins with a single call or message.

From that point forward, you have someone in your corner.

## Welcome to Better Companies.

Where people find relief, find clarity, and find their way forward.

### Quick Contact

First Name *

First Name

Last Name

Last Name

Email Address *

email@example.com

Phone Number

(555) 555-5555

**Send Message**

⊙ 2525 Main Street, Irvine, CA 92614

☎ (800) 267-0222

Phone Number

(555) 555-5555

**Send Message**