# EXHIBIT L

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CERRIDWEN AURANDT, on behalf of herself and all others similarly situated,

          Plaintiff,

   vs.

RANGE VIEW MANAGEMENT, LLC, d/b/a LENDIVA, BETTER DEBT SOLUTIONS, LLC, and DOES 1-10,

          Defendants.

NO: 3:25-CV-05785-BHS

DECLARATION OF MARKEL SAMUEL

## I.        <u>QUALIFICATIONS & EXPERTISE</u>

1. I, Markel Samuel, am over the age of 18 and am competent to testify to the matters set forth herein. I have been retained by counsel for Plaintiff Cerridwen Aurandt to conduct technical analysis regarding Defendant's claims of website consent.

2. I am a Senior Cybersecurity Analyst with over 5 years of professional experience in network forensics, digital evidence analysis, telecommunications systems, and internet infrastructure investigation.

3. I hold the following professional credentials: ISC2 Certified in Cybersecurity, AWS Certified Cloud Practitioner, B.S. Cybersecurity.

DECLARATION OF MARKEL SAMUEL- 1

4. My professional experience includes conducting compliance audits and cybersecurity assessments across multiple industries, including financial institutions, retail, energy, technology, and higher education. I have led engagements with Fortune 500 companies, supported law enforcement-adjacent investigations through digital forensics readiness, and partnered with third-party auditors and external vendors to ensure adherence to SOC 2, PCI-DSS, FedRAMP, HITRUST, ISO, and other regulatory frameworks. My background spans both internal roles and client-facing consulting, giving me broad exposure to telecommunications systems, GRC tool implementations, and identity and access management solutions.

5. I am professionally familiar with industry standards for internet infrastructure, IP address allocation protocols, device identification methodologies, and digital forensics best practices.

## II.                    **<u>MATERIALS REVIEWED</u>**

6. I was asked to analyze the technical claims underlying the evidence proffered by Range View Management, LLC, d/b/a Lendiva, and Better Debt Solutions, LLC ("Defendants") that Plaintiff, Cerridwen Aurandt, visited lendvia.com on January 12, 2025, at 9:06 a.m.

7. I received Cerridwen Aurandt's phone, a Samsung Galaxy S24 Ultra (SM-S928U), on February 2nd, 2026.

DECLARATION OF MARKEL SAMUEL- 2



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015



8. My analysis included examination of IP address attribution and geolocation limitations, telecommunications carrier network architecture, device-fingerprinting metadata, digital forensics examination of Ms. Aurandt's device and browser-history artifacts, and an assessment of the methodology used to collect and generate Defendants' "Verified Consent" materials.

9. I have reviewed the Declaration of Chase Webb filed in support of Defendants' Motion to Compel Arbitration, Defendants' purported "video" evidence, and related technical documentation.

## III.                    TECHNICAL FINDINGS

### IP ADDRESS ANALYSIS – GEOGRAPHIC IMPOSSIBILITY

10. The alleged website visit originated from IP address 172.58.43.132, according to LendVia's evidence.

11. Using standard industry databases including ARIN WHOIS records, MaxMind GeoIP, and IP2Location services, the alleged website visit originated from IP address 172.58.43.132, according to Defendants' evidence. Public registry and network-

DECLARATION OF MARKEL SAMUEL- 3

NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

ownership records indicate that this IP address falls within IP space allocated to T-Mobile USA, Inc. (ARIN), associated with AS21928 (T-Mobile USA, Inc.), within the CIDR block 172.58.0.0/15 (NetName TMO9).

12. Public IP geolocation databases place IP address 172.58.43.132 within the United States and within address space allocated to T-Mobile USA, Inc., but reported city-level geolocation varies across lookups, reflecting that IP-based geolocation is an estimate and is not reliable for pinpointing a mobile user's physical location.

**DEVICE FINGERPRINTING ANALYSIS – IDENTIFICATION INCONSISTENCIES**

13. Device fingerprinting involves analyzing technical metadata transmitted by web browsers and devices during internet interactions, including browser type and version, operating system details, screen resolution, installed fonts, timezone settings, language preferences, and hardware specifications.

14. I analyzed the device fingerprinting data allegedly associated with the January 12, 2025, 9:06 a.m. website visit and compared it with the technical specifications of Plaintiff's device artifacts. The alleged visitor device is described as Mobile (720×1280) on Android using Google Chrome.

15. Plaintiff's device artifacts identify a Samsung Galaxy S24 Ultra (SM-S928U) on Android/Chrome, whose native display characteristics (1440×3120) are materially inconsistent with a 720×1280 device profile. This mismatch is a substantive identification inconsistency and does not corroborate that the alleged visit originated from Plaintiff's device.

DECLARATION OF MARKEL SAMUEL- 4



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

16. The Plaintiff's actual devices show different technical specifications: mobile device with 720×1280 device profile Android operating system, Chrome as the browsers. The screen resolution is more in line with an Android manufactured in the 2010s device series, while the Plaintiff's device was manufactured in 2024.

17. The device fingerprinting analysis reveals fundamental inconsistencies between the alleged visitor's device characteristics and any device owned by the Plaintiff.

18. Software updates, browser changes, or normal device variations cannot explain these inconsistencies, as they involve hardware-level specifications that remain constant over time.

**DIGITAL FORENSICS EXAMINATION – ABSENCE OF SUPPORTING EVIDENCE**

19. I conducted a comprehensive digital forensics examination of the plaintiff's mobile devices, focusing on activity relevant to LendVia's allegations surrounding January 12, 2025.

20. This examination included analysis of the download history of Android applications to identify any financial or loan-related applications, review of VPN configurations and usage on her mobile devices, and review of historical email records, including backups dated January 1, 2026.

21. Application download records maintained through the Galaxy and Google Play Store provide reliable forensic evidence of what applications were installed or removed on a device. Similarly, VPN configuration and usage records identify whether attempts were made to conceal internet traffic through external servers. Email accounts, including backed-up histories, document registration attempts, confirmations, and account creation

DECLARATION OF MARKEL SAMUEL- 5

NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

for financial services or VPN providers, which nearly always require verification via email.

22. My forensic examination revealed no evidence of any downloads of LendVia or similar loan-related applications. No VPN usage or VPN configuration records were present on any of the plaintiff's devices. In addition, a review of email history revealed no evidence that an account was ever created with LendVia.

23. The absence of any digital forensic evidence supporting LendVia's claims is particularly significant given that legitimate use of loan platforms would necessarily leave multiple forms of persistent forensic evidence across applications, email verification logs, and VPN usage records that cannot be easily eliminated.

## AUTHENTICATION ANALYSIS OF VIDEO EVIDENCE

24. I examined LendVia's purported "video" evidence of the alleged website visit for compliance with digital evidence authentication standards. The technical metadata and forensic attributes of the file demonstrate critical deficiencies in authentication and attribution:

   a. Exhibit C is an MP4 (video/mp4) encoded H.264/avc1, ~8.8 MiB, ~1:15 duration at ~29.97 fps (start timecode 00;00;00;00), consistent with an exported deliverable rather than a raw, device-native capture.

25. Non-native frame geometry: The rendered frame size is 1920×1032, which is not a standard native mobile screen-recording dimension for a Samsung Galaxy S24 Ultra and is consistent with cropping, compositing, or re-rendering (e.g., UI removed or content placed into a composition).

DECLARATION OF MARKEL SAMUEL- 6



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

26. Post-production toolchain indicator: Embedded XMP metadata identifies Creator Tool: Adobe After Effects 2025 (Macintosh) with an XMP history showing the file was "saved" in After Effects and metadata/create/modify timestamps consistent with save/export activity—i.e., the file bears indicators of post-production processing at some point in its chain.

27. The metadata does not include any information about the device or session, such as the device model, operating system version, browser version, URL, or IP address, so we cannot link Exhibit C to the Plaintiff's Samsung S24 Ultra or the claimed lendvia.com session just from the metadata.

## ANALYSIS OF LENDVIA'S EVIDENCE COLLECTION METHODOLOGY

28. I reviewed LendVia's "Verified Consent" platform methodology based on available documentation and technical descriptions provided in their court filings.

29. The platform appears to rely primarily on basic web analytics and screen recording technology without implementing the multi-layered verification protocols typically required for reliable attribution of online activity to specific individuals.

30. Industry best practices for website consent verification require multiple independent technical validation methods, including device authentication, geolocation verification, user behavior analysis, and digital identity confirmation.

31. LendVia's methodology lacks the technical rigor necessary for accurate attribution of website activity to specific individuals, particularly given the technical inconsistencies revealed through my analysis.

DECLARATION OF MARKEL SAMUEL- 7



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

32. The technical deficiencies in LendVia's evidence collection system would make it susceptible to false attributions, data corruption, and attribution errors of the type evident in this case.

## ASSESSMENT OF ALTERNATIVE EXPLINATIONS

33. I considered alternative technical explanations for the discrepancies in Defendants' evidence, including system or logging errors, normalization of device attributes (such as screen-size reporting), data corruption, replay-generation artifacts, and atypical network configurations associated with mobile carrier routing.

34. Based on the materials provided, none of these explanations sufficiently accounts for the combined findings:

    a. Device fingerprint profile ("Mobile (720×1280)") that is materially inconsistent with the known characteristics of Plaintiff's Samsung Galaxy S24 Ultra.

    b. The lack of artifact-based linkage tying Plaintiff's device to the asserted IP address at the relevant time.

    c. The absence of corroborating device/account artifacts that would ordinarily be expected from genuine interaction with the website or related services, and

    d. The Exhibit C metadata indicators consistent with a rendered replay artifact lacking embedded device/session provenance.

35. Accordingly, the technical evidence supports the conclusion that the Defendants' "Verified Consent" materials are not sufficiently reliable to attribute the alleged website activity to Plaintiff. The discrepancies are most consistent with one or more of the following:

    a. The activity originated from a different device and/or user;

DECLARATION OF MARKEL SAMUEL- 8



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

b. The recorded attributes or replay were generated, transformed, or normalized in a manner that prevents reliable attribution; and/or

c. Defendants' collection and attribution process is susceptible to misattribution without additional source-of-truth logs and tamper-evident provenance.

## PROFESSIONAL CONCLUSIONS

36. Based on my review of the materials provided, the Defendants' "Verified Consent" outputs do not reliably attribute the alleged January 12, 2025 website activity to Plaintiff Cerridwen Aurandt or to her Samsung Galaxy S24 Ultra. The alleged IP address (172.58.43.132) falls within mobile-carrier address space and does not, on its own, establish the identity or location of a specific user, and city-level geolocation results vary across common databases. Further, the device fingerprint recorded in Defendants' materials ("Mobile (720×1280)" on Android/Chrome) is materially inconsistent with the known display characteristics of a Galaxy S24 Ultra, undermining device-source corroboration. In addition, my examination of Plaintiff's available device artifacts and account activity did not identify corroborating indicators of interaction with the site or related applications that would ordinarily be expected from genuine use. Finally, the Exhibit C "video" metadata reflects characteristics consistent with a rendered replay artifact (including Adobe After Effects processing indicators) and lacks embedded device/session provenance (device model, OS/build, browser, URL, IP), limiting authentication and attribution. Accordingly, the technical record as presented does not provide a reliable basis to conclude that Plaintiff personally accessed the site or assented to the terms at the alleged time.

DECLARATION OF MARKEL SAMUEL- 9



NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

37. Attached to this Declaration marked as EXHIBIT A is a true and correct copy of my Curriculum Vitae.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 17 day of February 2026. Signed at Columbia , SC.



Markel Samuel

DECLARATION OF MARKEL SAMUEL- 10

NW DR

NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015

# EXHIBIT A

CURRICULUM VITAE

Markel Samuel

Senior Cybersecurity & Compliance Consultant

Lexington, SC 29073

markelsamuel23@gmail.com

CURRICULUM VITAE

SUMMARY

Seasoned compliance manager and cybersecurity analyst with a proven track record of ensuring regulatory

adherence and mitigating risks. Experienced in developing and implementing compliance programs, conducting

audits, incident response, and providing training. Detail-oriented, analytical, and adept at fostering a culture of

compliance within organizations.

EDUCATION   - Bachelor of Science in Cybersecurity — Anderson University, South Carolina

CERTIFICATIONS   - ISC$^2$ Certified in Cybersecurity (CC)   - AWS Certified Cloud Practitioner

PROFESSIONAL EXPERIENCE

Cybesecurity and Compliance Consultant — Olliptic

Lexington, SC | Jan 2022 – Present   - Provide expert consulting to organizations during cybersecurity incidents, breaches, and outages.   - Lead disaster recovery planning and incident response efforts, ensuring rapid restoration of critical systems.   - Extract, preserve, and present digital evidence from compromised environments in support of internal

investigations, litigation, and regulatory inquiries.   - Advise legal teams, executives, and auditors on the forensic reliability of incident evidence.   - Develop and deliver tailored

training workshops to enhance organizational incident response readiness.   - Guide clients in compliance with SOC 2, PCI DSS, ISO 27001, and FedRAMP through integrated incident response and compliance frameworks.

Senior Cybersecurity Compliance Analyst — Soteria

Charleston, SC | Oct 2023 – May 2024   - Monitored compliance with SOC 2 and FedRAMP. - Developed customized compliance training materials.   - Directed and executed initiatives to achieve full SOC 2 compliance.

Cybersecurity and Compliance Auditor — BDO

Charlotte, NC | Jun 2022 – Dec 2023   - Conducted assessments for SOC 2, PCI DSS 4.0, FedRAMP, HITRUST, FFIEC CAT, SWIFT, ISO.   - Led audits for Fortune 500 companies in financial services, retail, energy, and technology.   - Delivered final reports and improved efficiency by 25% through streamlined assessments.

Information Security Analyst (Contract) — Marqeta

San Francisco, CA | Jan 2022 – Jun 2022   - Aligned systems with NIST 800-37, NIST 800-53, PCI, GDPR.   - Created documentation for SOC 2, NIST CSF, and PCI DSS compliance.   - Implemented MDM system and identity & access management platform, improving security posture.

IT Security Contractor — Bigger Brains

Anderson, SC | Oct 2017 – Jun 2022   - Supported GRC tool implementation and compliance with NIST CSF, PCI, GDPR.   - Documented IT controls, audited systems, and recommended improvements.   - Automated ticketing workflows using Python.

AREAS OF EXPERTISE   - Digital Forensics & Evidence Authentication   - Disaster Recovery & Incident Response   - IP Address Geolocation & Carrier Network Analysis   - Device Fingerprinting & Attribution   - Telecommunications Systems & Internet Routing Protocols   - Regulatory Compliance (SOC 2, PCI DSS, FedRAMP, HITRUST, ISO 27001)

PUBLICATIONS & PRESENTATIONS   - BSides Greenville 2025 Conference Speaker

● Black Box, Red Flags: Uncovering Hidden Risks in AI Systems - BSides Greenville 2024 Conference Speaker

● Defeating Doubt: How to Empower Early Cyber Professionals and Retain Great Future Talent - BSides Charleston 2024 Conference Speaker

● Defeating Doubt: How to Empower Early Cyber Professionals and Retain Great Future Talent

<u>DECLARATION OF SERVICE</u>

I, Peter Schneider, am a resident of the State of Washington, over the age of 18 and competent to make this declaration herein. On the date indicated below, I served the foregoing document to the following recipients in the manner described below:

Kevin Bergstrom
kbergstrom@piercedavis.com

Claude Bosworth
cbosworth@piercedavis.com

| | |
|---|---|
| ☐ | USPS first class mail |
| ☒ | E-mail |
| ☐ | Facsimile |
| ☒ | Other – ECF e-service |

DATED April 14, 2026.

/s/ Peter Schneider
Peter Schneider

NW
DR

NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015