**ISKANDER LAW**

**1111 N. Brand Blvd., Suite 308 • Glendale, California 91202 • mario@iskanderlaw.com**

September 10, 2026

**VIA ECF**

The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Hubbuch v. Better Debt Solutions LLC, et al.*, No. 1:26-cv-02389-PKC-TAM

**Defendants' Rule 3.D Cover Letter — Service of Motion to Dismiss the Second Amended Complaint**

Dear Judge Chen:

The undersigned represents defendants Better Debt Solutions LLC, LendVia LLC, Range View Management LLC, Better Tax Relief LLC, Better Companies LLC, and Mohammad Ghafarinia a/k/a Matt Ghafarinia a/k/a Matt Nia (collectively, "Defendants"). Pursuant to the Court's August 18, 2026 Order and Rule 3.D of the Court's Individual Practices and Rules, Defendants write to advise the Court that on this date they served on plaintiff pro se Edward B. Hubbuch, by U.S. mail and email, the following papers in support of Defendants' motion to dismiss the Second Amended Complaint [ECF No. 24] pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6), 10(c), and 12(f):

1. Notice of Defendants' Motion to Dismiss the Second Amended Complaint;
2. Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint;
3. [Declaration of Mohammad Ghafarinia in Support of Defendants' Motion to Dismiss — INCLUDE OR DELETE];
4. [Notice to Pro Se Litigant Pursuant to Local Civil Rule 12.1 — REQUIRED ONLY IF ITEM 3 OR OTHER EXTRA-PLEADING MATTER IS SERVED]; and
5. Certificate of Service.

In accordance with Rule 3.D, Defendants are filing only this cover letter at this time. Under the Court's August 18, 2026 Order, Plaintiff's opposition is due October 12, 2026, and Defendants' reply, if any, is due October 26, 2026. On the date the motion is fully briefed, Defendants will electronically file the complete motion papers and, because Plaintiff is proceeding pro se, will file Plaintiff's opposition papers as well.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

/s_______________________/

Mario Iskander
Mario Iskander, Esq.
*Attorney for Defendants*

cc: Edward B. Hubbuch, Plaintiff pro se (via U.S. Mail & email)