UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD B. HUBBUCH,<br>*Plaintiff,*<br>*v.*<br>BETTER DEBT SOLUTIONS LLC, its agents, affiliates, and marketers; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; BETTER TAX RELIEF LLC; BETTER COMPANIES LLC; MOHAMMAD GHAFARINIA a/k/a MATT GHAFARINIA a/k/a MATT NIA; and JOHN DOES 1-9,<br>*Defendants.* | Case No. 26-CV-2389-PKC-TAM<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND DECLARATION IN RESPONSE TO RULE 12.1 NOTICE** |

Plaintiff Edward B. Hubbuch, proceeding *pro se*, respectfully notifies the Court as follows:

1. On September 10, 2026, Defendants served on Plaintiff a Motion to Dismiss the Second Amended Complaint pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1), 12(B)(2), and 12(B)(6), and RULE 12(F), together with a RULE 12.1 Notice and the Declaration of Defendant MOHAMMAD GHAFARINIA.

2. On September 11, 2026, Plaintiff served on Defendants' counsel, Mario Iskander, Esq., by electronic mail and U.S. Mail:

   (a) Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss; *and*

(b) Plaintiff's Declaration in Response to Defendants' RULE 12.1 Notice, submitted pursuant to RULE 56(C) and LOCAL CIVIL RULE 12.1 to contradict matters outside the pleadings submitted by Defendants.

3. Pursuant to the Court's August 18, 2026 Order, Defendants' reply, if any, is due October 26, 2026. The parties will file the complete motion bundle on ECF upon completion of briefing.

4. Pursuant to the Court's INDIVIDUAL RULE 3.D, because Plaintiff is a *pro se* non-moving party, Defendants are responsible for electronically filing both parties' papers on ECF on the day the motion is fully briefed.

5. Pursuant to the Court's INDIVIDUAL RULE 1.D and RULE 3.D, because Plaintiff's opposition papers (including the Memorandum of Law and Declaration) exceed fifty (50) pages in length, Defendants shall deliver to chambers one (1) courtesy hard copy of Plaintiff's motion papers on or before the date the complete motion bundle is filed on ECF.

Dated: September 11, 2026
Brooklyn, New York

Respectfully submitted,

/s/***Edward B. Hubbuch***
394 Lincoln Place #A5
Brooklyn, New York 11238
bhubbuch@gmail.com
(646) 544-7597

Plaintiff, *pro se*

TO: MARIO ISKANDER, Esq.
Iskander Law
1111 N. Brand Blvd., Ste. 308
Glendale, Calif. 91202
mario@iskanderlaw.com
(240) 439-1970

*Attorney for Defendants* BETTER DEBT SOLUTIONS LLC,
LENDVIA LLC,
RANGE VIEW MANAGEMENT LLC,
BETTER TAX RELIEF LLC,
BETTER COMPANIES LLC, and
MOHAMMAD GHAFARINIA
a/k/a MATT GHAFARINIA a/k/a MATT NIA