UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD B. HUBBUCH,<br><br>Plaintiff,<br><br>-against-<br><br>BETTER DEBT SOLUTIONS LLC; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; BETTER TAX RELIEF LLC; BETTER COMPANIES LLC; MOHAMMAD GHAFARINIA a/k/a MATT GHAFARINIA a/k/a MATT NIA; and JOHN DOES 1-9,<br><br>Defendants. | No. 1:26-cv-02389-PKC-TAM |

**NOTICE OF DEFENDANTS' MOTION**

**TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon this Notice of Motion; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint, dated September 10, 2026; and all prior pleadings and proceedings herein, Defendants Better Debt Solutions LLC, LendVia LLC, Range View Management LLC, Better Tax Relief LLC, Better Companies LLC, and Mohammad Ghafarinia a/k/a Matt Ghafarinia a/k/a Matt Nia, by and through their undersigned counsel, will move this Court, before the Honorable Pamela K. Chen, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be determined by the Court, for an Order:

1) **Dismissing the Second Amended Complaint** [ECF No. 24] in whole or in substantial part, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6);

2) **Striking Exhibits D, E, K, and L** to the Second Amended Complaint and paragraphs 38–46 and 72–74 thereof, pursuant to Federal Rules of Civil Procedure 10(c) and 12(f), or in the alternative limiting the out-of-case materials annexed to the Second Amended Complaint to the fact of their existence; and

3) **Granting such other and further relief** as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's August 18, 2026 Order, Plaintiff's opposition is due October 12, 2026, and Defendants' reply, if any, is due October 26, 2026. In accordance with Rule 3.D of the Court's Individual Practices and Rules, the parties' motion papers will be filed upon completion of briefing.

Respectfully submitted,

ISKANDER LAW

Dated: September 10, 2026

/s/______________________

Mario Iskander, Esq.
1111 N. Brand Blvd., Suite 308
Glendale, California 91202
(240) 439-1970
mario@iskanderlaw.com

*Attorney for Defendants*

To: Edward B. Hubbuch, Plaintiff pro se (via ECF, U.S. Mail & email)