UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x

EDWARD B. HUBBUCH,

Plaintiff,

No. 1:26-cv-02389-PKC-TAM

-against-

BETTER DEBT SOLUTIONS LLC; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; BETTER TAX RELIEF LLC; BETTER COMPANIES LLC; MOHAMMAD GHAFARINIA a/k/a MATT GHAFARINIA a/k/a MATT NIA; and JOHN DOES 1-9,

Defendants.

--------------------------------------------------------------------- x

**CORRECTED DECLARATION OF MOHAMMAD GHAFARINIA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Mohammad Ghafarinia, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a defendant in this action. I submit this declaration in support of Defendants' motion to dismiss the Second Amended Complaint as against me for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). I make this declaration on personal knowledge, solely for that purpose.

2. I am, and at all times relevant to this action have been, a resident and domiciliary of the State of California.

3. I do not reside in New York and have never resided in New York. I do not own, lease, use, or possess any real property in New York. I maintain no office, mailing address, telephone listing, employees, or bank accounts in New York.

4. I do not personally transact business in New York. I have not personally entered into any contract in New York or with any New York resident relating to the conduct alleged in the Second Amended Complaint.

5. I hold management and/or officer roles with certain of the corporate defendants, including as a co-founding member of Better Debt Solutions LLC and Better Tax Relief LLC. Whatever those roles, any actions I have taken with respect to those companies were taken in a corporate representative capacity and not in my individual capacity.

6. I did not personally place, initiate, or direct the placement of any telephone call to Plaintiff or to the telephone number ending 7597 identified in the Second Amended Complaint.

7. I did not personally select New York as a target of any telemarketing campaign, did not personally direct any telemarketing into New York, and did not personally operate, program, or control any dialing equipment alleged in the Second Amended Complaint.

8. I do not personally derive substantial revenue from goods used or consumed or services rendered in New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2026, at Irvine, California.

*/s/ Mohammed Ghafarinia*
Mohammad Ghafarinia