**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

EDWARD B. HUBBUCH,

Plaintiff,

-against-

BETTER DEBT SOLUTIONS LLC; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; BETTER TAX RELIEF LLC; BETTER COMPANIES LLC; MOHAMMAD GHAFARINIA a/k/a MATT GHAFARINIA a/k/a MATT NIA; and JOHN DOES 1-9,

Defendants.

---------------------------------------------------------- x

No. 1:26-cv-02389-PKC-TAM

**CERTIFICATE OF SERVICE**

I, Mario Iskander, an attorney admitted to practice before this Court, hereby certify that on September 10, 2026, I caused true and correct copies of the following documents to be served on plaintiff *pro se* Edward B. Hubbuch:

1. **Notice of Defendants' Motion to Dismiss the Second Amended Complaint;**
2. **Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint;**
3. **Declaration of Mohammad Ghafarinia**
4. **Notice to Pro Se Litigant Pursuant to Local Civil Rule 12.1; and**
5. **Defendants' Rule 3.D cover letter of even dat**e,

by depositing the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service, directed to Plaintiff at 394

Lincoln Place, Apt. A5, Brooklyn, New York 11238, that being the address designated by Plaintiff for that purpose, and by transmitting the same by electronic mail to bhubbuch@gmail.com, the email address Plaintiff has used for communications in this action.

Dated: September 10, 2026

/s/ ______________________

Mario Iskander, Esq.
1111 N. Brand Blvd., Suite 308
Glendale, California 91202
(240) 439-1970
mario@iskanderlaw.com

*Attorney for Defendants*

To: Edward B. Hubbuch, Plaintiff pro se (via ECF, U.S. Mail & email)