**ISKANDER LAW**
1111 N. Brand Blvd., Suite 308 • Glendale, California 91202 • mario@iskanderlaw.com

October 26, 2026

**VIA ECF**

The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Hubbuch v. Better Debt Solutions LLC, et al.*, No. 1:26-cv-02389-PKC-TAM
**Defendants' Rule 3.D Submission of Fully Briefed Motion to Dismiss the Second Amended Complaint**

Dear Judge Chen:

The undersigned represents defendants Better Debt Solutions LLC, LendVia LLC, Range View Management LLC, Better Tax Relief LLC, Better Companies LLC, and Mohammad Ghafarinia a/k/a Matt Ghafarinia a/k/a Matt Nia (collectively, "Defendants"). Defendants' motion to dismiss the Second Amended Complaint [ECF No. 24] pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6), 10(c), and 12(f) is now fully briefed. Pursuant to Rule 3.D of the Court's Individual Practices and Rules and the Court's August 18, 2026 Order, and further to Defendants' Rule 3.D cover letter of September 10, 2026 [ECF No. 32], as corrected on September 14, 2026, Defendants respectfully file the complete motion papers of both sides.

Because Plaintiff is proceeding pro se, Defendants file his opposition papers together with their own. The following papers are filed herewith:

1. Notice of Defendants' Motion to Dismiss the Second Amended Complaint (served September 10, 2026);

2. Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint (served September 10, 2026);

3. Corrected Declaration of Mohammad Ghafarinia in Support of Defendants' Motion to Dismiss (see below);

4. Notice to Pro Se Litigant Pursuant to Local Civil Rule 12.1, with the full text of Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1 annexed (served September 10, 2026);

5. Certificate of Service dated September 10, 2026;

6. Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss (served September 11, 2026);

7. Plaintiff's Declaration with Exhibits in Opposition to the Motion to Dismiss (served September 11, 2026); and

8. Defendants' Reply Memorandum of Law in Further Support of the Motion to Dismiss, with certificates of compliance and service (served October 26, 2026).

The Corrected Declaration of Mohammad Ghafarinia (item 3) is identical in substance to the declaration served on September 10, 2026. It corrects two typographical errors only—the punctuation and wording of paragraph 5 and the spelling of the declarant's name in the signature line—and has been re-executed and served on Plaintiff with Defendants' reply. Copies of the unreported decisions cited in Defendants' reply were likewise served on Plaintiff pursuant to Local Civil Rule 7.2.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Mario Iskander
Mario Iskander, Esq.
*Attorney for Defendants*

cc: Edward B. Hubbuch, Plaintiff pro se (via U.S. Mail & email)